UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  12-60275-CIV DIMITROULEAS/SNOW

ACQUINITY INTERACTIVE, LLC,
A Delaware limited liability company,

                                      Plaintiff,
v.

BRIAN MASIN, DIGITAL HELIX INTERACTIVE, INC.,
a Virginia corporation; JOHN DOES 1 THROUGH 10,
persons or entities at the present time unknown;

                                      Defendant.
_____/

## ORDER DISMISSING REMAINING DEFENDANTS FOR FAILURE TO COMPLY WITH RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE

THIS CAUSE is before the Court *sua sponte*.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve the summons and complaint on the defendant within 120 days after filing the complaint.  Plaintiff filed its Complaint on February 14, 2012, yet there is no indication that it has served John Doe Defendants 3-10.[1]  The time period for Plaintiff to serve these Defendant expired on June 13, 2012.

The Court issued an Order to Show Cause why the case should not be dismissed against these defendants. [DE 28].  It also required the Plaintiff to show cause why the case should not be closed. *Id.*  Plaintiff did not respond by the Order's deadline of June 26, 2012.

---

[1] Plaintiff did identify and serve Avrick Direct, Inc. and Lawrence Shoobs as John Doe Defendants 1-2.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This action is **DISMISSED WITHOUT PREJUDICE** as to Defendants John Doe 3-10.

2. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.[2]

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of June, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

---

[2] Nothing in this order affects the validity of the stipulated permanent injunctions the Court previously entered. [DE 13, 27].